# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 12, 2016

## NO. 03-15-00643-CV

**Bryan D. "Doug" Lippert and Jane Lippert, Appellants**

**v.**

**Chris Eldridge, Appellee**

## APPEAL FROM 274TH DISTRICT COURT OF COMAL COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
## REVERSED AND REMANDED ON MOTION FOR REHEARING –
## OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on July 27, 2015. We withdraw our opinion and judgment dated May 11, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's summary judgment and remands the case to the trial court for further proceedings consistent with the Court's opinion. Appellee shall pay all costs relating to this appeal, both in this Court and the court below.